1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   MATTHEW T. CECIL, ESQ., Bar # 9525
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:       702.862.8811
5  Email: rgrandgenett@littler.com
   Email: mcecil@littler.com
6
   Attorneys for Defendant
7  Office Depot, Inc.

8                  UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10

11  KEVIN ZIMMERMAN, an individual,        Case No. 2:17-cv-00815-GMN-GWF

12              Plaintiff,                 **STIPULATION AND
                                           ORDER TO EXTEND TIME FOR
13  vs.                                    DEFENDANT TO FILE A RESPONSE TO
                                           THE COMPLAINT**
14  OFFICE DEPOT, INC.,
                                           **[THIRD REQUEST]**
15              Defendant.

16

17        Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant OFFICE DEPOT,

18  INC., (hereinafter, "Defendant") by and through their undersigned counsel, hereby agree and

19  stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the

20  current deadline of June 16, 2017 up to and including **July 17, 2017**.

21        The parties' counsel met on June 9, 2017 and reached a settlement, the general terms of

22  which have since been confirmed in an email.   Currently, Defendant is preparing the formal

23  settlement agreement for Plaintiff's review and execution.   At this time, a response to the complaint

24  is unnecessary because this matter will be dismissed after the settlement is executed.   Accordingly,

25  the parties request that this stipulation be granted.

26        The parties believe the settlement will be finalized in the next two weeks, but have requested

27  this 30 day extension out of an abundance of caution to ensure sufficient time to resolve any

28  potential wording issues with the settlement agreement.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the third request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 16, 2017

Respectfully submitted,


/s/ Whitney C. Wilcher
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: June 16, 2017

Respectfully submitted,


/s/ Matthew T. Cecil
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
OFFICE DEPOT, INC.

**ORDER**

    **IT IS SO ORDERED.**

Dated: _____June 19_____, 2017.


_George Foley Jr._
_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:148272133.1 999999.6420

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800