1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   MATTHEW T. CECIL, ESQ., Bar # 9525
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:       702.862.8811
5  Email: rgrandgenett@littler.com
   Email: mcecil@littler.com
6
   Attorneys for Defendant
7  Office Depot, Inc.

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11 | KEVIN ZIMMERMAN, an individual,    | Case No. 2:17-cv-00815-GMN-GWF

12 |          Plaintiff,                | [~~PROPOSED~~] **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT**

13 | vs.                                |

14 | OFFICE DEPOT, INC.,                | **[FOURTH REQUEST]**

15 |          Defendant.                |

16

17        Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant OFFICE DEPOT,

18 INC., (hereinafter, "Defendant") by and through their undersigned counsel, hereby agree and

19 stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the

20 current deadline of July 17, 2017 up to and including **August 14, 2017**.

21        The parties' counsel met on June 9, 2017 and reached a settlement, the general terms of

22 which have since been confirmed in an email.  At this time, a response to the complaint is

23 unnecessary because this matter will be dismissed after the settlement is executed.  Accordingly, the

24 parties request that this stipulation be granted.

25        The parties have exchanged and approved the settlement agreement and are waiting for it to

26 be signed.  The settlement should be finalized in the next two weeks, but have requested this 28 day

27 extension out of an abundance of caution to ensure sufficient time to resolve any potential wording

28 issues with the settlement agreement.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the fourth request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 17, 2017

Respectfully submitted,

/s/ *Whitney C. Wilcher*
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: July 17, 2017

Respectfully submitted,

/s/ *Matthew T. Cecil*
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
OFFICE DEPOT, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____August 15_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:148855740.1 999999.6420

2.