1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   MATTHEW T. CECIL, ESQ., Bar # 9525
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5  Email: rgrandgenett@littler.com
   Email: mcecil@littler.com
6
   Attorneys for Defendant
7  Office Depot, Inc.

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  KEVIN ZIMMERMAN, an individual,          Case No. 2:17-cv-00815-GMN-GWF

12               Plaintiff,                  [PROPOSED] STIPULATION AND
                                             ORDER TO EXTEND TIME FOR
13  vs.                                      DEFENDANT TO FILE A RESPONSE TO
                                             THE COMPLAINT
14  OFFICE DEPOT, INC.,
                                             [FIFTH REQUEST]
15               Defendant.

16

17         Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant OFFICE DEPOT,

18  INC., (hereinafter, "Defendant") by and through their undersigned counsel, hereby agree and

19  stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the

20  current deadline of August 14, 2017 up to and including **September 11, 2017**.

21         The parties' counsel met on June 9, 2017 and reached a settlement, the general terms of

22  which have since been confirmed in an email.  At this time, a response to the complaint is

23  unnecessary because this matter will be dismissed after the settlement is executed.  Accordingly, the

24  parties request that this stipulation be granted.

25         The parties have exchanged and approved the settlement agreement and are waiting for it to

26  be signed.  Plaintiff inadvertently believed this settlement agreement had been signed and the matter

27  resolved.  The settlement should be finalized in the next two weeks, but have requested this 28 day

28  extension out of an abundance of caution to ensure sufficient time to resolve any potential wording

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

issues with the settlement agreement.

This is the fifth request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 14, 2017                    Dated: August 14, 2017

Respectfully submitted,                   Respectfully submitted,


/s/ Whitney C. Wilcher                    /s/ Matthew T. Cecil
WHITNEY C. WILCHER, ESQ.                  ROGER L. GRANDGENETT II, ESQ.
THE WILCHER FIRM                          MATTHEW T. CECIL, ESQ.
                                          LITTLER MENDELSON, P.C.
Attorney for Plaintiff
KEVIN ZIMMERMAN                           Attorneys for Defendant
                                          OFFICE DEPOT, INC.


**ORDER**

**IT IS SO ORDERED.**

Dated: _____ August 15 ____, 2017.


_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Firmwide:149446881.1 063095.1151

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.