1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   MATTHEW T. CECIL, ESQ., Bar # 9525
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email: rgrandgenett@littler.com
   Email: mcecil@littler.com
6
   Attorneys for Defendant
7  Office Depot, Inc.

8                              UNITED STATES DISTRICT COURT

9                                     DISTRICT OF NEVADA

10

11 | KEVIN ZIMMERMAN, an individual,        Case No. 2:17-cv-00815-GMN-GWF

12 |         Plaintiff,                     **STIPULATION AND ORDER TO DISMISS ENTIRE MATTER WITH PREJUDICE**

13 | vs.

14 | OFFICE DEPOT, INC.,

15 |         Defendant.

16

17       Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant Office Depot Inc.

18 (hereinafter, "Defendant") by and through their undersigned counsel, having mutually agreed to

19 resolve this matter, hereby stipulate and respectfully request the Court order that this matter, Case

20 Number 2:17-cv-00815-GMN-GWF be dismissed with prejudice.

21

22 / / /

23

24 / / /

25

26 / / /

27

28 / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees incurred in this dispute.

Dated: September 11, 2017                        Dated: September 11, 2017

Respectfully submitted,                          Respectfully submitted,


/s/ *Whitney C. Wilcher*                         /s/ *Matthew T. Cecil*
WHITNEY C. WILCHER, ESQ.                         ROGER L. GRANDGENETT II, ESQ.
THE WILCHER FIRM                                 MATTHEW T. CECIL, ESQ.
                                                 LITTLER MENDELSON, P.C.
Attorney for Plaintiff
KEVIN ZIMMERMAN                                  Attorneys for Defendant
                                                 OFFICE DEPOT, INC.

**ORDER**

    **IT IS SO ORDERED.**

    Dated: September 12, _____, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:148990468.1 063095.1151

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.